# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134382

IN THE MATTER OF:

HON. WILLIAM C. HULTGREN
JUDGE 19th DISTRICT COURT

BEFORE THE JUDICIAL TENURE COMMISSION,

_____

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable Norma Y. Dotson-Sales is appointed Master to hear Formal Complaint No. 82.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2007

Clerk